IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BYUNG-GOOK HAN, Derivatively on Behalf of PURECYCLE TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL OTWORTH, RICHARD BRENNER, TANYA BURNELL, JEFFREY FIELER, TIM GLOCKNER, FERNANDO MUSA, JOHN SCOTT, DAVID BRENNER, MICHAEL E. DEE, TASMIN ETTEFAGH, and BYRON ROTH,<br><br>　　　　　Individual Defendants,<br>-and-<br><br>PURECYCLE TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | Case No. 1:21-cv-1569-RGA |

### NOTICE OF DISMISSAL AS TO DEFENDANT BYRON ROTH

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Byung-Gook Han ("Plaintiff") voluntarily dismisses his claims in the captioned action (the "Action") only as against Defendant Byron Roth, without prejudice and with each party to bear its own fees and costs. Because this notice of dismissal is being filed with the Court before service by Defendant Byron Roth of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action against Defendant Byron Roth is effective upon the filing of this notice.

Dated: December 15, 2021

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**
Correy A. Kamin
Ryan C. Messina
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
ckamin@zlk.com
rmessina@zlk.com

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Phone (302) 803-4600
Email: rernst@bk-legal.com

*Attorneys for Plaintiff Byung-Gook Han*