IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BYUNG-GOOK HAN, Derivatively on Behalf of PURECYCLE TECHNOLOGIES, INC., :<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL OTWORTH, et al.,<br><br>Defendants. | Civil Action No. 21-1569-RGA |

**O R D E R**

WHEREAS, the above-captioned case was stayed on January 18, 2022, due to litigation pending before the United States District Court for the Middle District of Florida (D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the proceedings before the United States District Court for the Middle District of Florida have been resolved so that this case may be reopened and other appropriate action may be taken.

January 19, 2021           /s/ Richard G. Andrews
    DATE                    UNITED STATES DISTRICT JUDGE