## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PURECYCLE TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Lead Case No. 21-1569-RGA |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
## FEE AND EXPENSE AMOUNT AND SERVICE AWARDS

Plaintiff Patrick Ayers ("Plaintiff"), derivatively on behalf of PureCycle Technologies, Inc. ("PureCycle" or the "Company"), hereby moves this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for entry of an Order: (i) approving the Fee and Expense Amount and Service Awards set forth in the Stipulation and Agreement of Settlement dated July 17, 2024 (the "Stipulation"); (ii) entering the [Proposed] Final Judgment and Order of Dismissal with Prejudice, submitted herewith (and attached as Exhibit D to the Stipulation); and (iii) granting such other relief as the Court deems appropriate (the "Motion").

In support of the Motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Motion for Final Approval of Fee And Expense Amount and Service Awards, the Declaration of David C. Katz in Support of Plaintiff's Motions for Final Approval of Settlement and of Fee and Expense Amount and Services Awards and the exhibits annexed thereto, the Court record in this matter, all prior pleadings and proceedings, and other evidence and arguments that may be presented prior to the Court's decision on the Motion.

Dated: April 10, 2025

Respectfully submitted,

**WEISS LAW**

David C. Katz
Joshua M. Rubin
Mark D. Smilow
305 Broadway, 7th Floor
New York, NY 10007
(212) 682-3025
dkatz@weisslawllp.com
jrubin@weisslawllp.com
msmilow@weisslawllp.com

*Lead Counsel for Plaintiff*

**LEVI & KORSINSKY, LLP**

Gregory M. Nespole
Correy A. Suk
33 Whitehall Street, 17th Floor
New York, NY 10004
(212) 363-7500
gnespole@zlk.com
csuk@zlk.com

*Additional Counsel for Plaintiff*

**COOCH AND TAYLOR, P.A.**

By: */s Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 984-3800
bbennett@coochtaylor.com

*Liaison Counsel for Plaintiff*